**\*\* E-filed May 24, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., | No. C10-01407 HRL |
|       Plaintiff,<br>  v.<br>HANSON INFORMATION SYSTEMS, INC., KAREN H. PLETSCH, and PUSPARAJ MOHANTY,<br>      Defendants.<br>_____/ | **ORDER RE: DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than June 15, 2010**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: May 24, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 | **C10-01407 HRL Notice will be electronically mailed to:**

2 | Donald P. Gagliardi dgagliardi@be-law.com, emtofelogo@be-law.com
Emily J. Kingston ekingston@sideman.com
3 | Richard Joseph Nelson rnelson@sideman.com

4 | **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**