DANIEL J. BERGESON, SBN 105439
dbergeson@be-law.com
DONALD P. GAGLIARDI, SBN 138979
dgagliardi@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile:  (408) 297-6000

** E-filed May 24, 2010 **

Attorneys for Defendants,
HANSON INFORMATION SYSTEMS, INC.;
KAREN H. PLETSCH; PUSPARAJ MOHANTY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>HANSON INFORMATION SYSTEMS, INC.; KAREN H. PLETSCH; PUSPARAJ MOHANTY,<br><br>            Defendants. | Case No. CV 10 1407 HRL<br><br>**STIPULATION AND ORDER [1] EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [2] CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed: April 2, 2010<br>Trial Date:       Not Set |

1   Whereas, responses to the Complaint in this action are due from defendants Hanson
2   Information Systems, Inc., Karen H. Pletsch and Pusparaj Mohanty (collectively, "Defendants")
3   on June 4, 2010 and said Defendants have only recently retained counsel; and
4   Whereas, the initial case management conference ("CMC") is scheduled in the above-
5   captioned action for June 22, 2010 at 1:30 p.m. in Courtroom 2, 5th Floor of this Court, and CMC
6   statements are due for filing in anticipation thereof on June 15, 2010; and accordingly, the parties
7   hereby stipulate, and request an order from this Court as follows:
8   (1) Defendants, and each of them, shall have through and including Friday, June 25, 2010
9   to respond to the Complaint; and
10  (2) The initial case management conference is continued from June 22, 2010 to July ~~13~~ 20,
11  2010, ~~or such date as to be convenient to the Court~~, at 1:30 p.m. in Courtroom 2, 5th Floor of this
12  Court and the associated deadlines pursuant to Fed. R. Civ. P. 26 are conformed accordingly:
13      • June ~~22~~ 29, 2010:  last day to meet and confer re initial disclosures, early
14        settlement, ADR process selection and discovery plan; 6/~~22~~29/10 as last day to
15        file ADR Certification signed by Parties and Counsel; 6/~~22~~29/10 as last day to file
16        either Stipulation to ADR Process or Notice of Need for ADR Phone
17        Conference; and
18      • July ~~6~~ 13, 2010:  last day to file Rule 26(f) Report, complete initial disclosures or
19        state objection in Rule 26(f) Report; file Joint Case Management Statement.
20  SO STIPULATED.

- 1 -
STIPULATION AND ORDER [1] EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
AND [2] CONTINUING CASE MANAGEMENT CONFERENCE           Case No. CV 10 1407 HRL

| | |
|---|---|
| Dated: May 21, 2010 | BERGESON, LLP |
| | By: /s/ |
| |     Donald P. Gagliardi |
| | Attorneys for Defendants |
| | HANSON INFORMATION SYSTEMS, INC.; |
| | KAREN H., PLETSCH; |
| | PUSPARAJ MOHANTY |
| Dated: May __, 2010 | SIDEMAN & BANCROFT LLP |
| | By:_____ |
| |     Emily J. Kingston |
| | Attorneys for Plaintiff |
| | CISCO SYSTEMS, INC. |

SO ORDERED.

Dated: ____May 24____, 2010                _____
                                                                Hon. Howard R. Lloyd
                                                    UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION AND ORDER [1] EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
AND [2] CONTINUING CASE MANAGEMENT CONFERENCE                Case No. CV 10 1407 HRL

```
1  Dated: May _____, 2010              BERGESON, LLP
2
3                                      By:_____
4                                         Donald P. Gagliardi

5                                      Attorneys for Defendants
                                       HANSON INFORMATION SYSTEMS,
6                                      INC.; KAREN H., PLETSCH;
                                       PUSPARAJ MOHANTY

7  Dated: May  21 , 2010                SIDEMAN & BANCROFT LLP
8
9                                      By:_____
                                          Emily J. Kingston
10
11                                     Attorneys for Plaintiff
                                       CISCO SYSTEMS, INC.
12  SO ORDERED.
13
14  Dated: _____, 2010          _____
15                                         Hon. Howard R. Lloyd
                                       UNITED STATES MAGISTRATE JUDGE
```

- 2 -
STIPULATION AND ORDER [1] EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
AND [2] CONTINUING CASE MANAGEMENT CONFERENCE                Case No. CV 10 1407 HRL