**\*\* E-filed July 2, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br><br>　　　　Plaintiff,<br>　v.<br><br>HANSON INFORMATION SYSTEMS, INC., KAREN H. PLETSCH, and PUSPARAJ MOHANTY,<br><br>　　　　Defendants. | No. C10-01407 HRL<br><br>**ORDER (1) SETTING SHOW CAUSE HEARING RE: SETTLEMENT AND (2) VACATING ALL CURRENT FILING DEADLINES AND HEARINGS**<br><br>**[Re: Docket No. 21]** |

Plaintiff advises the court that the parties have reached a settlement in the above-entitled action. On or before **August 31, 2010**, the parties shall file a voluntary dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by this date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **September 7, 2010 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated. Further, all current filing deadlines and hearings, including the Case Management Conference currently scheduled for July 20, 2010, shall be VACATED.

**IT IS SO ORDERED.**

Dated: July 2, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-01407 HRL** N**otice will be electronically mailed to:**

| | |
|---|---|
| Donald P. Gagliardi | dgagliardi@be-law.com, emtofelogo@be-law.com |
| Emily J. Kingston | ekingston@sideman.com |
| John W. Fowler | jfowler@be-law.com, emtofelogo@be-law.com |
| Paul Edward Adami | adami@mohanlaw.com |
| Richard Joseph Nelson | rnelson@sideman.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**