RICHARD J. NELSON (State Bar No. 141658)
E-Mail:     rnelson@sideman.com
EMILY J. KINGSTON (State Bar No. 184752)
E-Mail:     ekingston@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111-3629
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Cisco Systems, Inc.

** E-filed August 25, 2010 **

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>HANSON INFORMATION SYSTEMS, INC.; KAREN H. PLETSCH; PUSPARAJ MOHANTY, <br><br>　　　　Defendants. | CASE NO. CV 10 1407 (HRL) <br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE AND [Proposed] ORDER THEREON** |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-captioned action, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and in accordance with the written Confidential Settlement Agreement executed by the parties dated August 18,

2010, ("Settlement Agreement"), that this action may be dismissed by the Court in its entirety with prejudice.

IT IS FURTHER HEREBY STIPULATED AND AGREED, that the parties shall bear their own costs and attorneys' fees incurred in connection with this action.

Respectfully submitted,

DATED:                    SIDEMAN & BANCROFT LLP


By:  */s/ Richard J. Nelson*
     Richard J. Nelson
     Emily J. Kingston

Attorneys for Plaintiff, CISCO SYSTEMS, INC.

DATED:                    BERGESON, LLP


By:  */s/ John W. Fowler*
     John W. Fowler

Attorneys for Defendants,
HANSON INFORMATION SYSTEMS, INC.,
KAREN H. PLETSCH, PUSPARAJ MOHANTY

### **ORDER**

Pursuant to the Stipulation of the parties as set forth above,

IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice with the parties to bear their own costs and attorneys' fees.

DATED:  August 25, 2010                    , 2010

_____
THE HONORABLE HOWARD R. LLOYD
United States Magistrate Judge